IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER LYNN LANPHEAR,<br><br>Defendant. | CR 19-19-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 48), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture proceeding in the above-captioned case is **DISMISSED with prejudice**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of February, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1