IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER LYNN LANPHEAR,<br><br>Defendant. | Case No. CR 19-19-BLG-SPW-1<br><br>**ORDER GRANTING MOTION TO HOLD IN ABEYANCE** |

Upon Motion of Defendant Amber Lynn Lanphear, to hold proceedings on her 821A Motion in abeyance (Doc. 118) pending the outcome of the appeal from the denial of her compassionate release motion (Docs. 110, 111), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's 821A Motion (Doc. 116) is held in abeyance pending the outcome of the appeal from the denial of her compassionate release motion (Doc. 111).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of August, 2024.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1